In the Matter of THOMAS J. MULVANEY, Petitioner, v THOMAS P. DiNAPOLI, as Comptroller of the State of New York, Respondent. [937 NYS2d 480]—

Egan Jr., J.

Respondent is authorized to "resolve conflicts in the medical evidence and to credit one expert's opinion over that of another, so long as the credited expert articulates a rational and fact-based opinion founded upon a physical examination and review of the pertinent medical records" (*Matter of Freund v Hevesi*, 34 AD3d 950, 950 [2006]). Inasmuch as the opinion of the Retirement System's expert meets this criteria, respondent's determination is supported by substantial evidence and, hence, will not be disturbed (*see Matter of Ragno v DiNapoli*, 68 AD3d 1342, 1344 [2009]; *Matter of Macri v DiNapoli*, 56 AD3d 936, 937 [2008]).

Rose, J.P., Malone Jr., Stein and McCarthy, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.